1004 

[No. 28260-3-I. Division One. April 13, 1992.]

BRETT ROGERS, *Appellant*, v. VIKING INSURANCE COMPANY OF WISCONSIN, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 89-2-00060-6, Alan R. Hancock, J., entered March 21, 1991. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Pekelis, JJ.

[No. 27838-0-I. Division One. April 13, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. EMILIO ORTIZ-RAMOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06208-9, Anthony P. Wartnik, J., entered January 29, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Baker, J.

[No. 27510-1-I. Division One. April 13, 1992.]

WILLIAM WERGEN, *Respondent*, v. MUTUAL OF ENUMCLAW INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-21708-2, J. Kathleen Learned, J., entered November 19, 1990. *Remanded* with instructions by unpublished opinion per Coleman, J., concurred in by Pekelis and Forrest, JJ.